AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS DEPARTMENT OF SOCIAL SERVICES
and
Freda KAHINDA
v.

Plaintiffs Denis RIORDAN, District Director of Boston District Office(CIS);
Michael CHERTOFF, as Secretary of Department of
Homeland Security;
EDUARDO AGUIRRE, JR. as Director of United States
Citizenship and Immigration Services (US CIS);
DEPARTMENT OF HOMELAND SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES
INVOLVED IN SECURITY CHECKS
FOR APPLICANTS .
Defendants

**APPEARANCE**

**05 CV 10942 NG**

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

.

MASSACHUSETTS DEPARTMENT OF
SOCIAL SERVICES
and
Freda Kahinda
Plaintiffs,

___5/6/05___
Date

___[signature]___
Signature

___MAUREEN O'SULLIVAN___
Print Name
KAPLAN O'SULLIVAN & FRIEDMAN
___10 WITHROP SQUARE, 3RD FL___
Address
BOSTON, MA 02110
City                State           Zip Code
___617-482-4500___
Phone Number