UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEPT. OF SOCIAL SERVICES, et al** <br> Plaintiff <br><br> V. <br><br> **RIORDAN, et al** <br> Defendant | CIVIL ACTION <br><br> NO.   05cv10942NG |

ORDER OF DISMISSAL

GERTNER,   D. J.

In accordance with the Court's allowance of the plaintiffs' motion to dismiss on   7/11/2005  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

7/11/2005                                                /s/ JENNIFER FILO
Date                                                         Deputy Clerk

(Dismissal Endo.wpd - 12/98)